01

02

03

04

05                               UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
06                                        AT SEATTLE

07   LARRY K. GRIFFIN,                        )    CASE NO.: C06-0412-MJP
                                              )
08          Petitioner,                       )
                                              )
09          v.                                )    ORDER TRANSFERRING
                                              )    § 2254 PETITION
10   KENNETH QUINN,                           )
                                              )
11          Respondent.                       )
     _____ )

12

13          The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to

14   28 U.S.C. § 2254, respondent's motion to dismiss, the Report and Recommendation of the

15   Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the

16   balance of the record, does hereby find and ORDER:

17          (1)     The Court adopts the Report and Recommendation;

18          (2)     This case is TRANSFERRED to the Ninth Circuit Court of Appeals, in the

19   interests of justice, pursuant to 28 U.S.C. § 1631 and Circuit Rule 22-3(a).  Petitioner is advised

20   that this transfer does not of itself constitute compliance with § 2244(b)(3) and Circuit Rule 22-3.

21   He must still file a motion for leave to proceed in the Ninth Circuit and make the showing required

22   by § 2244(b)(2); and

ORDER TRANSFERRING § 2254 PETITION
PAGE -1

01          (3)     The Clerk is directed to close this case and transfer all original documents to the

02  Ninth Circuit Court of Appeals.  The Clerk is further directed to send a copy of this Order to

03  petitioner, to counsel for respondent, and to Judge Theiler.

04          DATED this 31st  day of July, 2006.

05

06

07                                          Marsha J. Pechman
                                            United States District Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER TRANSFERRING § 2254 PETITION
PAGE -2